REDPATH CHAUTAUQUAS, INC., *Plaintiff in Error*, VS. C. L. CARRELL, *Defendant in Error*.

136 So. 232.

Division A.

Decision filed July 9, 1931.

Petition for rehearing denied September 19, 1931.

Robert H. Duncan, for Plaintiff in Error;

Gordon C. Huie, for Defendant in Error.

PER CURIAM.—The only question raised by the assignments of error in this case is the sufficiency of the evidence to sustain the verdict.

The verdict and judgment find ample support in substantial evidence as disclosed by the record and, therefore, the judgment should be affirmed. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.